(2:29-2:30)

JAP:MEB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

15M 503

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -

DERRICK ANTHONY RILEY,

             Defendant.

– – – – – – – – – – – – – –X

PRE-ARRAIGNMENT
COMPLAINT

(21 U.S.C. §§ 952(a) and 960)

*Federal defenders' appointed*

EASTERN DISTRICT OF NEW YORK, SS:

        JOSHUA B. SCHOTTENFELD, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        On or about May 29, 2015, within the Eastern District of New York and elsewhere, the defendant DERRICK ANTHONY RILEY did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Section 952(a) and 960)

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.     I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been involved in the

---

     [1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

investigation of numerous cases involving the importation of narcotics, including cocaine, into the United States.   I am familiar with the facts and circumstances based upon my review of the investigative file and from reports of other law enforcement officers involved in the investigation.

2.     On the evening of May 29, 2015, the defendant DERRICK ANTHONY RILEY arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Caribbean Airlines Flight No. BW 011 from Jamaica.

3.     Customs and Border Protection ("CBP") officers approached the defendant for a border enforcement examination.   The defendant presented a grey roller bag for inspection.   During the inspection, the defendant appeared increasingly nervous.   A baggage examination and a pat-down search were completed, and although no contraband was found, officers found a receipt for a travel agency often used by drug couriers.   The officers asked the defendant for consent to perform an x-ray of the defendant, and the defendant voluntarily agreed, signing a written consent form.

4.     The defendant was transported to a medical facility at JFK for an x-ray examination.   An x-ray was taken of the defendant's intestinal tract, and it showed that foreign bodies were located inside the defendant's body.   Thereafter, the defendant initially passed approximately 14 pellets, one of which field tested positive for cocaine.   Since then, the defendant has passed additional pellets.   In total, the defendant has passed a total of approximately 86 pellets thus far.

5.     In addition, following the defendant's arrest, the defendant waived his Miranda rights and agreed to speak to HSI Agents.   During that interview, the defendant

stated, in substance, that he knew that he was carrying cocaine in his body, and that he was going to be paid approximately two to three thousand dollars for delivery of the narcotics.

6.    The defendant DERRICK ANTHONY RILEY will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that the defendant DERRICK ANTHONY RILEY be dealt with according to law.

JOSHUA B. SCHOTTENFELD
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
1st day of June, 2015

THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK