JAP:HDM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P P L E M E N T A L |
| | A F F I D A V I T |
| - against - | |
| | (21 U.S.C. §§ 952(a) and 960) |
| DERRICK ANTHONY RILEY, | |
| | 15 M 503 |
| Defendant. | |

- - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

JOSHUA B. SCHOTTENFELD, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

As previously detailed in the complaint, the defendant DERRICK ANTHONY RILEY initially passed approximately 14 pellets, one of which field tested positive for cocaine. Since then, the defendant has passed additional pellets. In total, commencing on or about June 1, 2015, the defendant has passed a total of approximately 86 pellets with a total gross weight of 734.1 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant

DERRICK ANTHONY RILEY be dealt with according to law.

_____
JOSHUA B. SCHOTTENFELD
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
2nd day of June, 2015

_____
THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK